# Obuchowski Law Office

ATTORNEYS AT LAW

Mailing:   P.O. Box 60, Bethel, VT  05032
Physical: 1542 Route 107, Royalton, VT
Telephone:   (802) 234-6244
Telefax:     (802) 234-6245

Website:     www.oeblaw.com

Raymond J. Obuchowski
*ray@oeblaw.com*

September 15, 2025

Lisa Penpraze, Esq.
Office of US Trustee
74 Chapel St. Suite 200
Albany NY

RE:   THOMAS M. CHADWICK
      Case No. 25-10194

Dear Lisa:

Regretfully I must decline appointment in the above-reference case. After review of the case, and the appointments in the cases of The GryphonRE, LLC, Case No. 25-10195; and Gryphon, LLC, Case No. 25-10197, as to avoid any question of impartiality or conflict, declination is required.

If you need anything further, please let me know.

Sincerely,

Raymond J. Obuchowski

cc: Clerk, US Bankruptcy Court