**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Thomas M. Chadwick** | Social Security number or ITIN | xxx–xx–7892 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN | _ _ _ _ |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Vermont** | Date case case filed for chapter  **7**  **9/9/25** | |
| Case number: | **25–10194** | | |

Official Form 309A AMENDED (For Individuals or Joint Debtors)
## AMENDED Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  12/15

### CHANGE IN TIME OF MEETING OF CREDITORS

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas M. Chadwick | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | PO Box 1973<br>New London, NH 03257–1973 | |
| 4. | **Debtor's attorney**<br>Name and address | Nancy M. Geise<br>Kolvoord, Overton & Wilson, P.C.<br>600 Blair Park Road<br>Suite 205<br>Williston, VT 05495 | Contact phone 802–878–3346<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Paul A. Levine<br>Paul A. Levine, Chapter 7 Trustee<br>677 Broadway<br>8th Floor<br>Albany, NY 12207 | Contact phone 518–433–8800<br>Email _____ |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U. S. Bankruptcy Court – Burlington<br>11 Elmwood Ave. Suite 240<br>P.O. Box 1663<br>Burlington, VT 05402–1663 | Hours open: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone (844) 644–7459<br><br>Date: 9/18/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 8, 2025 at 02:15 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 845 431 5108, and Passcode 7574661508, OR call 1 (680) 214–4669**<br><br>For additional meeting information go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/8/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Vermont

In re:     Case No. 25-10194-hzc
Thomas M. Chadwick     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0210-2     User: admin     Page 1 of 3
Date Rcvd: Sep 18, 2025     Form ID: 309aamnd     Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Thomas M. Chadwick, PO Box 1973, New London, NH 03257-1973 |
| aty | + | The GryphonRE LLC Bankruptcy Estate, c/o Ray Obuchowski, Bky Trustee, PO Box 60, Bethel, VT 05032-0060 |
| 886335 | + | Angel Smith, 16 Abenaki Way, #307, Burlington, VT 05404-2062 |
| 886337 | + | Bernard and Mary Manning, PO Box 810, New London, NH 03257-0810 |
| 886338 | + | Burlington Fire Department, 136 S. Winooski Ave., Burlington, VT 05401-8378 |
| 886340 | + | Caroline Moino, 14 Kiln Road, Essex Junction, VT 05452-4709 |
| 886341 | + | Chef's Warehouse, 240 Food Center Drive, Bronx, NY 10474-7045 |
| 886342 | + | City of Burlington, PO Box 279, Burlington, VT 05402-0279 |
| 886343 | + | Climate Systems, Inc., PO Box 914, Williston, VT 05495-0914 |
| 886344 | + | Colleen Clark, 261 South Union Street, Burlington, VT 05401-4513 |
| 886345 | + | Danielle Brown, 266 Maple Street, Apt. 1, Burlington, VT 05401-4532 |
| 886346 | + | Fiona Medeiros, 359 St. Paul Street, #3, Burlington, VT 05401-5074 |
| 886348 | + | George Burns, Esq., 100 Middle Street, Portland, ME 04101-4100 |
| 886349 | + | Gregory Baker, DDS, 18 Buck Road, Hanover, NH 03755-2700 |
| 886350 | + | Gryphon, LLC, 131 Main Street, Unit 2B, Burlington, VT 05401-5603 |
| 886351 | + | James Harris, Esq., Sheehan Phinney Bass & Green, 1000 Elm Street, Manchester, NH 03105-1700 |
| 886352 | + | Jocelyn L. Brown, AUSA, Office of the United States Attorney, for SBA, PO Box 570, Burlington, VT 05402-0570 |
| 886353 | + | Jonathon Seale, 16 Abenaki Way, #307, Burlington, VT 05404-2062 |
| 886354 | + | Liam Fryc, 115 North Willard Street, Apt. 1, Burlington, VT 05401-3316 |
| 886355 | | Mark C. Rouvalis, Esq., McLane Middleton, PA, 900 Elm Street, PO Box 326, Manchester, NH 03105-0326 |
| 886356 | + | Myia Barber, 77 West Spring Street, Apt. B, Winooski, VT 05404-1319 |
| 886357 | + | NH Bureau of Securities, Attn: Eric Forcier, 107 North Main Street, Concord, NH 03301-4951 |
| 886358 | | Oakwood Business Funding, 633-699 NE 167 Street Num 814, Miami, FL 33162 |
| 886360 | + | P&P Septic, 543 Shunpike Road, Williston, VT 05495-9577 |
| 886361 | + | Patrick Foote, 249 Jericho Road, Essex Junction, VT 05452-2735 |
| 886362 | + | Pearl Capital Business Funding, LLC, Newport Office Tower, 525 Washington Blvd., 22nd Floor, Jersey City, NJ 07310-2606 |
| 886363 | + | People's Linen Service, PO Box 751, Keene, NH 03431-0751 |
| 886364 | | Performance Foods, PO Box 8654, Essex Junction, VT 05452 |
| 886366 | + | Samuel Baldor, 131 Russell Street, Apt. 1, Winooski, VT 05404-2342 |
| 886369 | + | Stephanie Burdo, 16 Abenaki Way, #307, Burlington, VT 05404-2062 |
| 886372 | | Vermont Department of Liquor and Lottery, Division of Liquor Control, 1311 US Route 302, Suite 100, East Montpelier, VT 05651 |
| 886373 | + | Vermont Dept. of Financial Regulation, Attn: Erin Moore, 89 Main Street, 3rd Floor, Montpelier, VT 05620-0009 |
| 886374 | + | Victoria McCarron, 131 Russell Street, Apt. 1, Winooski, VT 05404-2342 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: nancy@essexvtlaw.com | Sep 18 2025 19:31:00 | Nancy M. Geise, Kolvoord, Overton & Wilson, P.C., 600 Blair Park Road, Suite 205, Williston, VT 05495 |
| aty | | EDI: BRJOBUCHOWSKI.COM | Sep 18 2025 23:33:00 | Raymond J Obuchowski, PO Box 60, 1542 Vt. Rt. 107, Bethel, VT 05032-0060 |
| tr | + | EDI: QPALEVINEVT.COM | Sep 18 2025 23:33:00 | Paul A. Levine, Paul A. Levine, Chapter 7 Trustee, |

| District/off: 0210-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: 309aamnd | Total Noticed: 53 |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion02.vt.ecf@usdoj.gov | Sep 18 2025 19:31:00 | U S Trustee, Office of the United States Trustee, Leo O'Brien Federal Building, 11A Clinton Ave., Room 620, Albany, NY 12207-2370 |
| 886334 | + Email/PDF: bncnotices@becket-lee.com | Sep 18 2025 19:38:45 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 886336 | + EDI: TSYS2 | Sep 18 2025 23:33:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 886339 | + EDI: CAPITALONE.COM | Sep 18 2025 23:33:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 886331 | Email/Text: bankruptcycourts@equifax.com | Sep 18 2025 19:31:00 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 886333 | ^ MEBN | Sep 18 2025 19:28:13 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 886347 | Email/Text: collecadminbankruptcy@fnni.com | Sep 18 2025 19:31:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 886329 | EDI: IRS.COM | Sep 18 2025 23:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 886359 | + Email/Text: bankruptcy@ondeck.com | Sep 18 2025 19:31:00 | Ondeck Capital, 1400 Broadway, FL 25, New York, NY 10018-5225 |
| 886365 | Email/Text: legal@rewardsnetwork.com | Sep 18 2025 19:31:00 | Rewards Network, 540 W. Madison Street, Suite 240, Chicago, IL 60661 |
| 886367 | + Email/Text: PDELINQ@sba.gov | Sep 18 2025 19:31:00 | Small Business Administration, Attn: District Counsel, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 886368 | + Email/Text: bankruptcynotices@squareup.com | Sep 18 2025 19:31:00 | Square Financial Services, 1955 Broadway, #815, Oakland, CA 94612-2205 |
| 886370 | EDI: TDBANKNORTH.COM | Sep 18 2025 23:33:00 | TD Bank, N.A., Attn: Bankruptcy, 1701 Route 70 East, Cherry Hill, NJ 08003 |
| 886332 | ^ MEBN | Sep 18 2025 19:28:13 | TransUnion, PO Box 1000, Crum Lynne, PA 19022 |
| 886371 | + EDI: LCIUPSTART | Sep 18 2025 23:33:00 | Upstart Network Inc., P.o. Box 1503, San Carlos, CA 94070-7503 |
| 886330 | + EDI: VERMNTTAX | Sep 18 2025 23:33:00 | Vermont Department of Taxes, PO Box 429, Montpelier, VT 05601-0429 |
| 886375 | + Email/Text: money@yelp.com | Sep 18 2025 19:31:00 | Yelp, 140 New Montgomery, San Francisco, CA 94105-3822 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0210-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: 309aamnd | Total Noticed: 53 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Nancy M. Geise | on behalf of Debtor Thomas M. Chadwick nancy@essexvtlaw.com  r54609@notify.bestcase.com |
| Paul A. Levine | plevine@lemerygreisler.com  phartl@lemerygreisler.com;plevinevt@ecf.axosfs.com |
| Raymond J Obuchowski | on behalf of Attorney The GryphonRE LLC Bankruptcy Estate ray@oeblaw.com  marie@oeblaw.com |
| U S Trustee | ustpregion02.vt.ecf@usdoj.gov |

TOTAL: 4