UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**In re:**

    **Thomas M. Chadwick,**                                 **Chapter 7**
         **Debtor**                                            **Case No. 25-10194 hzc**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION AND ORDER REGARDING NONDISCHARGEABILITY OF NEW HAMPSHIRE BUREAU OF SECURITIES REGULATION'S CLAIM

*NOW COMES* the Debtor, Thomas M. Chadwick, by and through his attorneys, Kolvoord, Overton & Wilson, P.C., and David Scanlan, New Hampshire Secretary of State by and through the New Hampshire Bureau of Securities Regulation ("BSR"), and agree and stipulate, that the BSR's claim in the amount of $5,858,364.71, which arises from a joint stipulation between the parties with respect to the Debtor's violation of New Hampshire's securities laws, evidenced by the BSR's proof of claim filed in this matter as Proof of Claim Number ___, is non-dischargeable, and the Debtor hereby waives discharge of the BSR's claim, pursuant to 11 U.S.C. § 523(a)(19)(A)(i).

                                                                        Respectfully Submitted,

                                                                        Thomas M. Chadwick,
                                                                        By his attorneys,

                                                                        KOLVOORD, OVERTON & WILSON, P.C.

Date: __October 8, 2025__          By:    */s/ Nancy M. Geise*
                                                               Nancy M. Geise, Esq.
                                                               600 Blair Park Road, Suite 205
                                                               Williston, VT 05495
                                                               (802) 787-3346 (Telephone)
                                                               nancy@essexvtlaw.com

|  |  |
|---|---|
| Date: 10/7/25 | David Scanlan, New Hampshire<br>Secretary of State<br>By his Designees<br><br>By: /s/ *[signature]*<br>Brian Linares, Esq., Sr. Staff Attorney<br>Bureau of Securities Regulation<br>107 North Main Street, Room 204<br>Concord, NH 03301<br>(603) 271-1463<br>Brian.linares@sos.nh.gov |

**SO ORDERED:**

Date: _____    By: _____
                                      Hon. Heather Z. Cooper
                                      United States Bankruptcy Judge